IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No.

EWINGCOLE, INC.                          )
                                         )
         Plaintiff(s),                   )
    v.                                   )
                                         )
COUNTY OF CUMBERLAND                     )
                                         )
         Defendant(s).                   )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

<u>EwingCole, Inc.</u> who is <u>Plaintiff</u>,
(name of party/intervenor)          (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

    YES ◯                    NO ◉

2. Does the party/intervenor have any parent corporations?

    YES ◯                    NO ◉

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

    YES ◯                    NO ◉

If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

    YES ○          NO ◉

5.  Is the party/intervenor a trade association?

    YES ○          NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6.  If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

    n/a

7.  In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

EwingCole, Inc.                           Pennsylvania
_____                   _____
(Name of individual/entity)                    (State of citizenship)


_____                   _____
(Name of individual/entity)                    (State of citizenship)


_____                   _____
(Name of individual/entity)                    (State of citizenship)


_____                   _____
(Name of individual/entity)                    (State of citizenship)


_____                   _____
(Name of individual/entity)                    (State of citizenship)


_____                   _____
(Name of individual/entity)                    (State of citizenship)

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature: _____ Peter J. Welsh
Digitally signed by Peter J. Welsh
DN: C=US,
E=pwelsh@ewingcole.com,
O=EwingCole, CN=Peter J. Welsh
Date: 2025.10.13 14:08:17-04'00'

Date: _____ 10/13/25 _____

2